UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC. ASSET BACKED CERTIFICATES SERIES 2006-12<br><br>Plaintiff<br>vs.<br><br>JOHNNY RAY MOORE<br><br>Defendant | CIVIL ACTION NO.: 18-cv-1504 (AWT)<br><br>OCTOBER 8, 2018 |

## DEFENDANT'S MOTION FOR AN ORDER TO TRANSFER THIS CASE TOTHE UNITED STATES DISTRICT COURT BRIDGEPORT DIVISION

Pursuant to 28 U.S.C. § 1446 (a) and 28 U.S.C. § 1441(a) the defendant, Johnny Ray Moore, the defendant pursuant to the above federal statutes seeks an order from the Honorable Judge Alvin W. Thompson to have the above civil action transferred to the Bridgeport Division of the United States District Court District of Connecticut. The Defendant claims that the plaintiff commenced a civil action in the Connecticut State Superior Court of the Judicial District of Fairfield County located at: 1061 Main Street, Bridgeport Connecticut. The Defendant claims that the Plaintiff civil action is currently pending under FBT-CV-18-6074995-S in the State Court in the Bridgeport Division of the United States District Court District of Connecticut Pursuant to 28 U.S.C. § 1446 (a) and 28 U.S.C. § 1441(a). The Defendant claims that the Bridgeport Division of the United States District Court District of Connecticut has original jurisdiction pursuant to 28

1.

U.S.C. § 1334, to hear and adjudicate the said civil action between the Plaintiff and the said Defendant.

The Defendant respectfully claims that the Honorable Judge Alvin W. Thompson, lacks Divisional Jurisdiction to hear, to adjudicate and or to remand this civil action back to the State Court of the Judicial District of Fairfield County were the action is currently pending. Please see **EXHIBIT A.** In support of the Defendant's Motion for an Order to Transfer this civil action to the Bridgeport Division of the United States District Court, the Defendant makes the following claims.

## THE FEDERAL STATUTES

1. The Defendant claims that the Federal Statute 28 U.S.C. 1446 (a) clearly states

the following: **(a) Generally.—A defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.**

2. The Defendant claim rights pursuant to 28 U.S. Code § 1441 - Removal of civil

actions **§ 1441(a)Generally.— Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.**

3. The Defendant claims that the subject property is located 73-75 Baldwin Street, Bridgeport CT 06607, and the said civil action was removed from the State Court Judicial District of Fairfield County under case FBT-CV-18-6074995-S.

2.

4.     The defendant claims that according to 28 U.S.C. § 1446(a), of the federal statute, the defendant has rightfully exercised his civil and constitutional rights to due process to remove the said civil action to the Bridgeport Division of the United States District Court. EFC.No. 1, and ECF.No. 7

5.     The Defendant claims that according to federal law, the said civil action must be heard and adjudicated in **Bridgeport Division** of the United States District Court of Connecticut.

6..    The Defendant claims that the Honorable Judge Alvin W. Thompson, is a District Court Judge of the **Hartford Division** of the United States District Court and therefore is not the correct, proper and or Division "jurisdiction" of the District Court, District of Connecticut in which the above matter is to be heard and or adjudicated and or relief can be granted without denying the Defendant Due Process of Law and the Right to be heard.

7.     The Defendant claims that the federal statutory law of the federal rules of civil procedure are very clear, that the removal of civil actions commenced in state courts can only be removed and heard and adjudicated in the **Division** of the United States District Courts within which such actions are pending. A notice of removal signed pursuant to Rule 11 of the Federal Rule of Civil Procedure. *See* 28 U.S.C. § 1446(d). The Defendant claims the said action is pending in the State court of the J.D. of Fairfield County and not the J.D. of Hartford County. **EXHIBIT B.**

3.

8.  This Defendant claims that on September 7, 2018, the Defendant filed his second Notice of Removal *in rem* in the State court were the civil action is alleged to have been commenced by THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC. ASSET BACKED CERTIFICATES SERIES 2006-12, here in called the Plaintiff.

### THE DEFENDANT'S REQUESTED RELIEF

9.  The Defendant ask that the Honorable Judge Alvin W. Thompson of the United States District Court Hartford Division to issue an Order granting that this civil action be transferred to the Bridgeport Division of the United States District Court pursuant to 28 U.S.C. §§ 1446(a) and 1441(a).

10. The Defendant respectfully moves the Honorable Judge Alvin W. Thompson, to issue the order transferring the civil action to the Bridgeport Division of the United States District Court because the civil action was commenced and is pending in the Connecticut Superior Court for the Judicial District of Fairfield County located in Bridgeport Connecticut for which the Bridgeport Division has original jurisdiction to hear and adjudicate the civil action between the said plaintiff and defendant.

**WHEREFORE**, the Defendant prays for the following relief that the civil action be transferred to the Bridgeport Division of the United States District Court, District of Connecticut which has original jurisdiction over civil action pending in Connecticut

4.

Superior Court for the Judicial District of Fairfield County located in Bridgeport Connecticut. Having been removed and pending in State Court located in the divisional jurisdiction of the United States District Court of Connecticut Bridgeport Division which is the Division of the District Court that has original jurisdiction to both hear and adjudicate the matter. The Motion to Remand this case filed by the Plaintiff, was not filed in Bridgeport Division of the District Court of Connecticut and the Hartford Division lacks both personal and subject matter jurisdiction to hear and remand this case back to State Court outside of its Divisional Jurisdiction the Defendant respectfully ask that this Motion for and Order to transfer this case be granted.

THE DEFENDANT

_____
Johnny Ray Moore, Pro Se
15 Sachem Drive
Shelton CT 06484
203-395-4282
johnnyraybanker@gmail.com

## CERTIFICATION OF SERVICE

This is to certify that on October 8, 2018, DEFENDANT'S MOTION FOR AN ORDER TO TRANSFER THIS CASE TO THE UNITED STATES DISTRICT COURT BRIDGEPORT DIVISION was filed electronically and or served by U.S. Postal Paid Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the courts electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Attorney Jeffery M. Knickerbocker
jknickerbocker@bmpc-law.com

Date: _October 8, 2018_

_____
Johnny Ray Moore, Pro Se

6.

# EXHIBIT A.



# State of Connecticut Judicial Branch
# Superior Court Case Look-up

- Superior Court Case Look-up
  - Civil/Family
  - Housing
  - Small Claims
- Attorney/Firm Juris Number Look-up
- Case Look-up
  - By Party Name
  - By Docket Number
  - By Attorney/Firm Juris Number
  - By Property Address
- Short Calendar Look-up
  - By Court Location
  - By Attorney/Firm Juris Number
  - Motion to Seal or Close
  - Calendar Notices
- Court Events Look-up
  - By Date
  - By Docket Number
  - By Attorney/Firm Juris Number
- Pending Foreclosure Sales
- Understanding Display of Case Information
- Contact Us



Comments

**e FBT-CV18-6074995-S**   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO v. MOORE, JOHNNY RAY
**Prefix/Suffix:** [none]   **Case Type:** P00   **File Date:** 05/22/2018   **Return Date:** 06/05/2018

Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help
Pending Foreclosure Sales    To receive an email when there is activity on this case, click here.

Information Updated as of: 10/08/2018

## Case Information
| | |
|---|---|
| Case Type: | P00 - Property - Foreclosure |
| Court Location: | BRIDGEPORT JD |
| Property Address: | 73-75 BALDWIN STREET, BRIDGEPORT, CT 06607 |
| List Type: | No List Type |
| Trial List Claim: | |
| Last Action Date: | 09/12/2018 (The "last action date" is the date the information was entered in the system) |

## Disposition Information
| | |
|---|---|
| Disposition Date: | 07/26/2018 |
| Disposition: | REMOVED TO FEDERAL DISTRICT COURT |
| Judge or Magistrate: | |

## Party & Appearance Information

| Party | | No Fee Party | Category |
|---|---|---|---|
| P-01 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC ASSET BANKED CERTIFICATES SERIES 2006-12<br>Attorney: e BENDETT & MCHUGH PC (102892) File Date: 05/22/2018<br>270 FARMINGTON AVENUE<br>SUITE 151<br>FARMINGTON, CT 06032 | | Plaintiff |
| D-01 | JOHNNY RAY MOORE<br>Self-Rep: 15 SACHEM DRIVE     File Date: 06/06/2018<br>SHELTON, CT 06485 | | Defendant |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an *e* in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

### Motions / Pleadings / Documents / Case Status

| Entry No | File Date | Filed By | Description | Arguable |
|---|---|---|---|---|
| | 05/22/2018 | P | SUMMONS | |
| | 05/22/2018 | P | COMPLAINT | |
| | 06/06/2018 | | APPEARANCE | |
| 100.30 | 05/22/2018 | P | RETURN OF SERVICE | No |
| 101.00 | 05/22/2018 | P | FORECLOSURE MEDIATION PLAINTIFF'S COMPLIANCE WITH SERVICE (NO DOCUMENT) | No |
| 102.00 | 05/22/2018 | C | FORECLOSURE MEDIATION – ELIGIBLE CASE (NO DOCUMENT) | No |
| 103.00 | 05/22/2018 | C | FORECLOSURE MEDIATION-COMPLIANCE WITH P.A.09-209 (NO DOCUMENT) SEE FORM# JD-CV-109 | No |
| 104.00 | 06/06/2018 | D | NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT | No |
| 105.00 | 06/06/2018 | D | REMOVED TO FEDERAL DISTRICT COURT | No |
| 106.00 | 07/20/2018 | P | NOTICE<br>of Remanded Action | No |
| 107.00 | 07/24/2018 | C | REMANDED FROM FEDERAL DISTRICT COURT | No |
| 107.50 | 07/25/2018 | D | NOTICE | No |
| 108.00 | 07/26/2018 | D | NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT | No |
| 109.00 | 07/26/2018 | D | REMOVED TO FEDERAL DISTRICT COURT | No |
| 110.00 | 08/03/2018 | P | MOTION FOR DEFAULT-FAILURE TO PLEAD<br>RESULT: Denied 9/12/2018 BY THE CLERK | No |
| 110.10 | 09/12/2018 | C | ORDER<br>DN D0-1<br>RESULT: Denied 9/12/2018 BY THE CLERK | No |
| 111.00 | 08/03/2018 | P | AFFIDAVIT OF COMPLIANCE WITH EMAP | No |
| 112.00 | 08/07/2018 | D | MOTION FOR DEFAULT-FAILURE TO PLEAD<br>Defendant's Motion for time to Plead in response to Plaintiff Motion to Default Doc. 110.<br>RESULT: Withdrawn 8/14/2018 BY THE CLERK | No |
| 112.10 | 08/14/2018 | C | ORDER<br>Withdrawn by Motion 114.00<br>RESULT: Withdrawn 8/14/2018 BY THE CLERK<br>Last Updated: Additional Description - 08/14/2018 | No |
| 113.00 | 08/07/2018 | D | MOTION FOR EXTENSION OF TIME<br>Defendant's Motion for time to Plead in response to Plaintiff Motion to Default Doc. 110. | No |
| 114.00 | 08/07/2018 | D | WITHDRAWAL OF MOTION<br>The Defendant mistakenly click on the incorrect Motion as to Doc. No. 12. and withdraws it. | No |
| 115.00 | 08/07/2018 | P | MOTION FOR JUDGMENT-STRICT FORECLOSURE | Yes |
| 116.00 | 08/24/2018 | P | OBJECTION TO MOTION FOR EXTENSION OF TIME | No |
| 117.00 | 09/07/2018 | D | NOTICE<br>Defendant filed another remand on 7/26/18. | No |
| 118.00 | 09/12/2018 | D | | No |

| | | | NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT 📝 Defendant's Amended Second Notice of Removal in rem, filed yesterday in District Court ( part 1) | |
|---|---|---|---|---|
| 119.00 | 09/12/2018 | D | NOTICE 📝 Defendant's Amended Second Notice of Removal in rem ( part 2 of filed) | No |

| Scheduled Court Dates as of 10/05/2018 | | | | |
|---|---|---|---|---|
| FBT-CV18-6074995-S - THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO v. MOORE, JOHNNY RAY | | | | |
| # | Date | Time | Event Description | Status |
| No Events Scheduled | | | | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil or family standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2018, State of Connecticut Judicial Branch

Page Created on 10/8/2018 at 6:36:37 PM

http://civilinquiry.jud.ct.gov/CaseDetail/PublicCaseDetail.aspx?DocketNo=FBTCV186074995S    10    3/3

EXHIBIT B.

| | |
|---|---|
| DOCKET NO. CV- 18-6074995-S | : SUPERIOR COURT |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC. ASSET BACKED CERTIFICATES SERIES 2006-12 | : J.D. OF FAIRFIELD : : AT BRIDGEPORT : : SEPTEMBER 11, 2018DEFE |
| Plaintiff vs. | : : |
| JOHNNY RAY MOORE | : |
| Defendant | : |

## DEFENDANT'S AMENDED SECOND NOTICE OF REMOVAL IN REM

Johnny Ray Moore, herein called the ("Defendant"), has filed this Amended Second Notice of Remove in Rem, does hereby Notify this Court and all parties and provides the following Notice Pursuant to 28 U.S.C §§ 1441 & 1446(d), that on September 11, 2018, the Defendant filed in the United States District Court District of Connecticut his Amended Second Notice of Removal *in rem*.

**1.** The filing of this Amended Notice with the Clerk of this Court, together with the Attached corresponding Complaint and Warrant for removal that was filed in the United States District Court, the proceedings are Now Official Removed, this being the second Time. The Defendant claims that the Notice coded as a Notice of Removal docketed by this Court on July 26, 2018 was not the Defendant's Second Removal of this Case to the District Court.

1.

The Defendant claims that these proceedings are have been REMOVED, by automatic operation of federal law, and this Defendant now formally notices the Court and all parties of the Defendant's Amended Second Notice of Removal in rem that has been filed in the United States District Court. Pursuant to 28 U.S.C. § 1446, this is a true and correct copy of the Summons and Complaint, which constitutes " all summons, pleadings, and orders" served upon Defendant in the state court action, is attached hereto as **EXHIBIT A.**

The Complaint has been removed, the instant Court is without jurisdiction to effect any judgments in these proceedings 28 U.SC. § 1446 (C)(3)

**WHEREFORE**, the undersigned Defendant, has notified the Court and all parties this cause has only been removed a **second time**, and the court has absolutely no jurisdiction for any judgments in this matter bar none, unless and until the United States District Court may or may not remand, and further moves for all relief that is just and proper in the premises

Dated Sept 11, 2018

THE DEFENDANT,

Johnny Ray Moore
15 Sachem Drive
Shelton CT 06484
203-395-4282

## CERTIFICATION OF SERVICE

In accordance with the applicable provisions of Connecticut Practice Book Rules of Civil Procedure, the undersigned certifies that on September 11, 2018, a copy of the **DEFENDANT'S AMENDED SECOND NOTICE OF REMOVAL IN REM FILED IN THE UNITED STATES FOR THE DISTRICT OF CONNECTICUT AND IN THE STATE COURT** was electronically was served upon the following parties listed below:

Atty. Jeffrey Knickerbocker
For the Plaintiff BONY
Bendett & McHugh P.C.
270 Farmington Avenue, Suite 151
Farmington, CT 06032
jknickerbocker@bmpc-law.com

Dated September 11, 2018

The Defendant,

Johnny Ray Moore, Pro Se
15 Sachem Drive
Shelton CT 06484
greenenergyjrm@gmail.com
203-395-4282

14

FILED

2018 SEP 11 P 3:17

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

FBT-CV18-6074995-S

THE BANK OF NEW YORK MELLON
F/K/A THE BANK OF NEW YORK AS
TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE CWABS
INC. ASSET BACKED CERTIFICATES
SERIES 2006-12

    Plaintiff
vs.

JOHNNY RAY MOORE

    Defendant

CIVIL NO. 3:18-CV-0154 AWT

SEPTEMBER 11, 2018

## DEFENDANT'S AMENDED SECOND NOTICE OF REMOVAL IN REM

Johnny Ray Moore, herein called ("the Defendant"), pursuant to 28 U.S.C. § 1441, the Defendant, this day, removes this action from Connecticut Superior Court Judicial District of Fairfield County, located at 1061 Main Street, Bridgeport CT 06604, having been filed on May 22, 2018 under Case No. FBT-CV-18-6076680-S. The Defendant filed the Second Notice of Removal In Rem, having received a personal discharge of the mortgage debt with respect to the above captioned case, which was commenced on May 15, 2018 and filed on May 22, 2018. In support of this removal, the Defendants submit this Notice. The Removal is based on 28 U.S.C. § 1441, 28 U.S.C. § 1331, 28 U.S.C. 1334, 42 U.S.C. § 1983, US Constitution Article III, First, Fifth, Seventh and 14th Amendment, Class Action Fairness Act of 2005, Federal Courts Jurisdiction and Venue Clarification Act of 2011.

1.